# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 21-05019-01-CR-SW-RK |
| BRIAN RUTH, SR., | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One, Two, and Three and admitted to the Forfeiture Allegation contained in the Information filed on May 5, 2021, is now Accepted and the Defendant is Adjudged Guilty of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                                 */s/ Roseann Ketchmark*
                                                                                 **ROSEANN KETCHMARK**
                                                                     **UNITED STATES DISTRICT JUDGE**

Date: May 20, 2021